UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CLINTON T. REYNOLDS, ) | |
| ) | |
| Plaintiffs, ) | 2:11-CV-1525-PMP-RJJ |
| ) | |
| vs. ) | |
| ) | |
| SILVER STATE FINANCIAL SERVICES, ) | |
| INC., ) | |
| Defendants. ) | |
| _____) | |

### ORDER OF DISMISSAL WITHOUT PREJUDICE
### PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE

Counsel for Plaintiff having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

**IT IS THEREFORE ORDERED** that the action is hereby dismissed without prejudice as to Defendant Silver State Financial Services, Inc.  The clerk is instructed to close the case.

Dated this 30th day of January, 2012.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE